# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jermaine Maddox                          Cr.: 07-00281-001
                                                           PACTS Number: 31194

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 07-17-07

Original Offense: Escape (18 U.S.C. § 751)

Original Sentence:   8 months custody and 2 years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 01-29-08

### PETITIONING THE COURT

[X]   To extend the term of supervised release for one year with a new expiration date of January 28, 2011.

### CAUSE

On April 13, 2009, the offender was arrested by the Newark Police Department and charged with aggravated assault. The matter was downgraded to simple assault in Newark Municipal Court and the disposition is still pending.

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: 05-28-09

THE COURT ORDERS:

[X] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

June 2, 2009
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

   To extend the term of supervision for one year with a new expiration date of January 28, 2011.

Witness: _____          Signed: _____
U.S. Probation Officer                               Supervised Releasee
Kevin M. Villa                                       Jermaine Maddox

5/28/09
DATE